## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONYA BAMBERGER,** | : | |
| | : | **3:19-CV-2231** |
| **Plaintiff,** | : | |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | **(Magistrate Judge Schwab)** |
| | : | |
| **ANDREW SAUL, Commissioner of** | : | |
| **Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW, THIS 1ST DAY OF JUNE 2020**, upon review of Magistrate Judge

Schwab's Report and Recommendation (R&R) (Doc. 7) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein;

2. Defendant's Motion for Change of Venue (Doc. 4) is **GRANTED**;

3. The above-captioned matter is **TRANSFERRED** to the United States District Court

   for the District of Maryland.

Robert D. Mariani
United States District Judge